U.S. DISTRICT Court of Middle Florida
Office of the clerk: Hon chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
February 6, 2023

Kum nam LEE
A Petitioner

V.

Proland management
Respondent

under 42 USC 1983
a CIVIL rights ACTION
own solely

a complaint by Federal or
the law of the State For injury

2023 JAN 30 PM 4:44  US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA  FILED

Tax payer Damage or no discrimination by JURY
a writ of attachment, garnishment an owneship amount
of damage is $ ~~Ten millions dollars~~, I am injured To
Reduce To Five millions dollars For earlier, not now
Redress required, For plus Ten Thousand dollars every month living
cost, without Tax and citizenship papers. I want visit to seoul korea
a claim by Kum nam LEE   a pro se required

THE Final decision
if, more
Than End of
November, 2022
I will plus charge
Fifty millions
dollars charged.
- Consolidated -
For my age's
Please pay in
Full within Two
Year For End of
2024 and a
"merger"
a limitation
an estate
by cash
only one
10% now
by Cash one Time
Pay Tax

Reason by Low Income apartment or section 8 applied, denied
no discrimination
name: Kum nam LEE

an amended, a relief
a Forthwith, an Extend

Address: 5155 Marathon ST #106
Los Angeles, CA 90038

Date: February 6, 2023

A notice of Appeal

U.S. DISTRICT COURT For the
~~Central~~ Middle DISTRICT OF ~~California~~ Florida
February 6, 2023

Kum nam LEE
A petitioner

vs.

Proland management
Respondent

A notice of appeal

Docket no.
2:21-cv-07564-GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~Double Cost~~

a covenant    Continue. Primary
a decision    Facts, Parties, condon
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

notice:   a party: Kum nam LEE

Date:

name: Kum nam LEE

Address: 5155 Marathon ST #106
Los Angeles, CA 90038

Date: February 6, 2023
at least Three-Fourth of, an End, Plus Twenty millions dollars again plus Twenty millions dollars
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only on
a Jurisdiction To supreme Court, a decision, one Consider, one Final if
more than End of July, 2022 Than. Plus charged double cost all of ...
For Time To Time shall be vested, ordain, establish. Courts. Congress. Know it
I will Conduct myself, I will support THE CONSTITUTION OF THE UNITED STA
I believe That I am entitled To Redress,   Since: 1993-2022, D.O.B.1940